```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------X
PAUL NAGY, PRO SE,
        Plaintiff-Appellant,         No. 05-1534 UNA

             v.                      NOTICE OF APPEAL

JEFFREY S. BROMME, et al,
        Defendants-Appellees.
-----------------------------X
```

    PLEASE TAKE NOTICE THAT Paul Nagy, Pro Se, Plaintiff-Appellant, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from a judgment of the United States District Court for the District of Columbia, entered in this action on the 29th day of July, 2005.

Dated: August 29, 2005

```
                           _____
                           PAUL NAGY, PRO SE
                           Plaintiff-Appellant
                           Fed.Reg. 37895-054
                           Federal Medical Center
                           P.O. Box 1600
                           Butner, NC 27509-1600
```