# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5349**                                    **September Term, 2005**

05cv01534

**Filed On:**

Paul Nagy,

      Appellant

     v.

Jeffrey S. Bromme and Richard Kornlak,

      Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  SEP 2 7 2005

CLERK

**ORDER**

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending resolution by the district court of the *motion for leave to proceed on appeal in forma pauperis filed on September 2, 2005.*

The Clerk is directed to transmit a copy of this order to the district court.

FOR THE COURT:
Mark J. Langer, Clerk

BY:    _Elizabeth V. Scott_
Elizabeth V. Scott
Deputy Clerk