# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5325**                    **September Term, 2005**

05cv01534

Filed On:

In re: Paul Nagy,
      Petitioner

**BEFORE:** Ginsburg, Chief Judge, and Rogers and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for leave to proceed in forma pauperis; the petition for mandamus and the supplement thereto, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for mandamus be denied. Petitioner seeks a writ of mandamus to vacate the judgment of the district court entered on August 16, 2005 in Civil Action No. 05-1534; however, on September 2, 2005, petitioner also filed a notice of appeal from that judgment. Petitioner has not shown that the ordinary remedies available through that appeal are inadequate and, therefore, is not entitled to mandamus relief. See Allied Chemical Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980) (mandamus is available only when "a party seeking issuance [has] no other adequate means to attain the relief he desires"); In re GTE Service Corp., 762 F.2d 1024, 1026-27 (D.C. Cir. 1985) (mandamus "may not be invoked as a mere substitute for appeal.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**



United States Court of Appeals
for the District of Columbia Circuit
Deputy Clerk